# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>　vs.<br><br>ANNIE CASSIE, an individual, DAVID MARTIN, an individual; PATRICK WILLIAMS, an individual; P.L. FRY & SON CHAPEL FUNERAL HOME; a business entity of unknown form; RYAN MARTIN; an individual; SHANDRIA BOGLE, an individual; P. B., a minor; Q.B.1.; a minor; Q.B.2., a minor; T.M., a minor; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants-in-Interpleader. | CASE NO.: 2:12-cv-01570-WBS GGH<br><br>**ORDER** GRANTING PLAINTIFF-IN-INTERPLEADER PRIMERICA LIFE INSURANCE COMPANY'S REQUEST FOR PERMISSION TO TELEPHONICALLY ATTEND STATUS CONFERENCE<br><br>[Filed concurrently with Request for Permission] |

c:\caed\ifolder\dshu2\inbox\signed\12cv1570 primerica - prop order to appear by telephone.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO. 2:12-cv-01570-WBS GGH
ORDER

# **ORDER**

Having considered Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica") request for permission to telephonically attend the October 15, 2012 Status Conference, and good cause appearing therefore, the Court **ORDERS** as follows:

1. Primerica's counsel, Karen D.M. Denvir, is not required to personally attend the Status Conference scheduled for **October 15, 2012** at 2:00 p.m. in the chambers of the Honorable William B. Shubb, located at 501 I Street, #4-200, Courtroom 5, Sacramento, California 95814;

2. Ms. Denvir may telephonically appear at the October 15, 2012 Status Conference; and

3. The Court will initiate the call to Ms. Denvir on October 15, 2012 at 2:00 p.m. at the following telephone number: (213) 614-7335.

**IT IS SO ORDERED.**

Dated:   October 3, 2012

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-2-

CASE NO. 2:12-cv-01570-WBS GGH
ORDER