# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>vs.<br><br>ANNIE CASSIE, an individual, DAVID MARTIN, an individual; PATRICK WILLIAMS, an individual; P.L. FRY & SON CHAPEL FUNERAL HOME; a business entity of unknown form; RYAN MARTIN; an individual; SHANDRIA BOGLE, an individual; P. B., a minor; Q.B.1.; a minor; Q.B.2., a minor; T.M., a minor; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants-in-Interpleader. | CASE NO.:2:12-cv-01570-WBS GGH<br><br>**[PROPOSED] ORDER** ON STIPULATION REGARDING DISTRIBUTION OF FUNDS AND DISMISSAL OF ACTION<br><br>[FRCP 22 and 41(a)]<br><br>[Stipulation Filed Concurrently] |

c:\caed\ifolder\dshu2\inbox\signed\12cv1570 primerica - order upon stip for distribution of funds and dism of primerica.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO. 2:12-cv-01570-WBS GGH
[*PROPOSED*] ORDER

# **ORDER**

Having considered the Stipulation of Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica") and Defendants-in-Interpleader Carriage Funeral Services of California, Inc., d/b/a P.L. Fry & Son Funeral Home, erroneously sued and served as "P.L. Fry & Son Chapel Funeral Home" ("P.L. Fry"), Annie Cassie ("Cassie"), David Martin ("D. Martin"), Patrick Williams ("Williams"), Ryan Martin ("R. Martin"), Shandria Bogle ("Bogle"), P.B., a minor, Q.B.1, a minor, Q.B.2, a minor, and T.M., a minor (the minors acting by and through their guardians ad litems), the Court **ORDERS** as follows:

1. This Order is expressly contingent upon the Court's prior approval of the settlement on behalf of the minor Defendants-in-Interpleader, P.B., Q.B.1, Q.B.2, and T.M. and no party shall have any rights or obligations until the Court actually approves the minor's compromise.

2. That Primerica and its agents, attorneys and assigns are discharged of all liability with respect to life insurance policy number 0430744571 (the "Policy") issued to Cassie (then "Annie Martin"), insuring the life of her daughter, Mary Martin (the "Decedent"), out of which the above-referenced interpleader action arises;

3. That Primerica and its agents, attorneys and assigns are dismissed from this action with prejudice as to all claims relating to the Policy proceeds and the Policy issued to the Deceased;

4. That Defendants-in-Interpleader and each of them, their agents, attorneys and assigns, are enjoined perpetually, restraining each of them, their agents,

-2-

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO. 2:12-cv-01570-WBS GGH
[*PROPOSED*] ORDER

attorneys and assigns, from instituting any suit at law or equity, or action of any kind whatsoever against Primerica and its agents, attorneys and assigns, with respect to the Policy and/or the proceeds of the Policy;

5. That Primerica will be awarded its reasonable attorneys' fees and costs in the amount of $6,556.00, which Primerica was forced to incur in bringing this interpleader action, and which amount will be paid from the Policy proceeds currently on deposit with this Court;

6. That the Policy proceeds shall be distributed and made payable and sent as follows:

- <u>Primerica Life Insurance Company.</u>  A check in the amount of $6,556.00 should be made payable to "Primerica Life Insurance Company" and sent c/o Misty A. Murray, Esq., Barger & Wolen, LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071;

- <u>P.L.Fry:</u> A check in the amount of $11,218.62 should be made payable to "Carriage Funeral Services of California, Inc. " and sent c/o Douglas W. Dal Cielo, Esq./Brian M. Affrunti, Esq., Burke, Williams & Sorensen, LLP, 2440 West El Camino Real, Suite 620, Mountain View, California 94040-1499;

- <u>Patrick Williams:</u> A check in the amount of $209,197.98 should be made payable to "Patrick Williams" and sent to 363 Glenbriar Circle, Tracy, California 95377, who shall distribute the funds pursuant to the separate settlement agreement by and between the Defendants-in-Interpleader.

**IT IS SO ORDERED.**

DATE: November 30, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO. 2:12-cv-01570-WBS-GGH
[*PROPOSED*] ORDER