1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, | CASE NO.: 2:12-cv-01570-WBS GGH |
| Plaintiff-in-Interpleader, | |
| vs. | **[~~PROPOSED~~] ORDER** GRANTING PLAINTIFF-IN-INTERPLEADER PRIMERICA LIFE INSURANCE COMPANY'S REQUEST FOR PERMISSION TO TELEPHONICALLY ATTEND SCHEDULING CONFERENCE |
| ANNIE CASSIE, an individual, DAVID MARTIN, an individual; PATRICK WILLIAMS, an individual; P.L. FRY & SON CHAPEL FUNERAL HOME; a business entity of unknown form; RYAN MARTIN; an individual; SHANDRIA BOGLE, an individual; P. B., a minor; Q.B.1.; a minor; Q.B.2., a minor; T.M., a minor; and DOES 1 through 10, inclusive, | [Filed concurrently with Request for Permission] |
| Defendants-in-Interpleader. | |

c:\caed\ifolder\dshu2\inbox\signed\12cv1570 primerica - pltf-interpldr's req to appr by phone at feb 4 schedg conf.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO. 2:12-cv-01570-WBS GGH
[PROPOSED] ORDER

## ORDER

Having considered Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica") request for permission to telephonically attend the February 4, 2013 Scheduling Conference, and good cause appearing therefore, the Court **ORDERS** as follows:

1.    Primerica's counsel, Karen D.M. Denvir, is not required to personally attend the Scheduling Conference scheduled for **February 4, 2013** at 2:00 p.m. in the chambers of the Honorable William B. Shubb, located at 501 I Street, #4-200, Courtroom 5, Sacramento, California 95814;

2.    Ms. Denvir may telephonically appear at the February 4, 2013 Scheduling Conference; and

3.    The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED.**

Dated:   January 2, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO.  2:12-cv-01570-WBS GGH
[PROPOSED] ORDER