UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff-in-Interpleader,<br><br>　　v.<br><br>ANNIE CASSIE, an individual; DAVID MARTIN, an individual; PATRICK WILLIAMS, an individual; P.L. FRY & SON CHAPEL FUNERAL HOME, a business entity of unknown form; RYAN MARTIN, an individual; SHANDRIA BOGLE, an individual; P.B., a minor; Q.B.1, a minor; Q.B.2, a minor; T.M., a minor; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants-in-Interpleader. | Case No.  2:12-CV-01570-WBS-GGH<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT-IN-INTERPLEADER P.L. FRY & SON FUNERAL HOME'S REQUEST FOR PERMISSION TO TELEPHONICALLY ATTEND STATUS (PRE-TRIAL SCHEDULING) CONFERENCE<br><br>[Filed concurrently with Request for Permission]<br><br>Date:　February 4, 2013<br>Time:　2:00 p.m.<br>Crtrm:　5<br>Judge:　Honorable William H. Shubb |

Having considered Defendant-in-Interpleader CARRIAGE FUNERAL SERVICES OF CALIFORNIA, INC., dba P.L. FRY & SON FUNERAL HOME, erroneously sued herein as P.L. GARY & SON CHAPEL FUNERAL HOME ("P.L. Fry") request for permission to telephonically attend the February 4, 2013 Status (Pre-Trial Scheduling) Conference, and good cause appearing therefore, the Court ORDERS as follows:

1. P.L. Fry's counsel, Brian M. Affrunti, is not required to personally attend the Status (Pre-Trial Scheduling) Conference scheduled for **February 4, 2013**, at 2:00 p.m. in the chambers of the Honorable William B. Shubb, located at 501 I Street, #4-200, Courtroom 5, Sacramento, California 95814.

2. Mr. Affrunti may telephonically appear at the February 4, 2013 Status (Pre-Trial Scheduling) Conference; and

3. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED.**

Dated:  January 12, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE