1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff-In-Interpleader,<br><br>    vs.<br><br>ANNIE CASSIE, an individual, DAVID MARTIN, an individual; PATRICK WILLIAMS, an individual; P.L. FRY & SON CHAPEL FUNERAL HOME; a business entity of unknown form; RYAN MARTIN; an individual; SHANDRA BOGLE, an individual; P. B., a minor; Q.B.1., a minor; Q.B.2, a minor; T.M., a minor; and DOES 1 through 10, inclusive,<br><br>    Defendants-In-Interpleader, | Case No. 12-cv-01570-WBS-GGH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS-IN-INTERPLEADER ANNIE CASSIE AND DAVID MARTIN'S REQUEST FOR PERMISSION TO TELEPHONICALLY ATTEND STATUS CONFERENCE**<br><br>[Filed concurrently with Request for Permission]<br><br>Date:  February 4, 2013<br>Time:  2:00 p.m.<br>Crtrm:  5<br>Judge: Honorable William H. Shubb |

Having considered Defendants-In-Interpleader ANNIE CASSIE and DAVID MARTIN's request for permission to telephonically attend the February 4, 2013 Status Conference, and good cause appearing therefore, the Court ORDERS as follows:

1. Defendants-In-Interpleader ANNIE CASSIE and DAVID MARTIN, is not required to personally attend the Status Conference scheduled for **February 4, 2013** at 2:00 p.m. in the chambers of the Honorable William B. Shubb, located at 501 I Street, #4-200, Courtroom 5, Sacramento, California 95814.

---

[Proposed] Order
**Error! Unknown document property name.**

1    2.    Mr. Balestracci may telephonically appear at the February 4, 2013, Status Conference; and

3.    The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated:  January 17, 2013

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order
**Error! Unknown document property name.**