UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>          Plaintiff-In-Interpleader,<br><br>     v.<br><br>ANNIE CASSIE, an individual, DAVID MARTIN, an individual; PATRICK WILLIAMS, an individual; P.L. FRY & SON CHAPEL FUNERAL HOME, a business entity of unknown form; RYAN MARTIN, an individual; SHANDRA BOGLE, an individual; P.B., a minor; Q.B. 1, a minor; Q.B. 2, a minor; T.M., a minor; and DOES 1 through 10, inclusive,<br><br>          Defendants-In-Interpleader.<br>_____/ | NO. CIV. 2:12-CV-1570 WBS GGH<br><br>ORDER |

----oo0oo----

The court has reviewed the petition for court approval of minors' compromises filed by guardians Shandria Bogle and Ryan Martin for minors P.B., Q.B. 1, Q.B. 2, and T.M. Before ruling

1

on the petition, the court requires additional documentation regarding the attorney's fees to be distributed pursuant to the Settlement and Release Agreement to Primerica's counsel, Felicia Morrison, and Neumiller & Beardslee.  Documentation of the kind listed in Eastern District Local Rule 293(c) would be of assistance to the court.

Alternatively, should Primerica's counsel, Felicia Morrison, and Neumiller & Beardslee agree to each reduce their fees by one-third, the court would require no additional information.

To allow time for a response to the court's request, the hearing on this matter is hereby continued until April 22, 2013 at 2:00 p.m.  Within fourteen days of this Order Counsel for Shandria Bogle and Ryan Martin, Felicia Morrison, shall either file the requested information or notify the court that all counsel agree to reduce their fees by one-third .

IT IS SO ORDERED.

DATED:  March 20, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE