UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>  Plaintiff-In-Interpleader,<br><br>  vs.<br><br>ANNIE CASSIE, an individual, DAVID MARTIN, an individual; PATRICK WILLIAMS, an individual; P.L. FRY & SON CHAPEL FUNERAL HOME; a business entity of unknown form; RYAN MARTIN; an individual; SHANDRA BOGLE, an individual; P. B., a minor; Q.B.1., a minor; Q.B.2, a minor; T.M., a minor; and DOES 1 through 10, inclusive,<br><br>  Defendants-In-Interpleader, | Case No. 12-cv-01570-WBS-CKD<br><br>**ORDER GRANTING DEFENDANTS-IN-INTERPLEADER ANNIE CASSIE AND DAVID MARTIN'S REQUEST FOR PERMISSION TO TELEPHONICALLY ATTEND STATUS CONFERENCE**<br><br>[Filed concurrently with Request for Permission]<br><br>Date:  April 29, 2013<br>Time:  2:00 p.m.<br>Crtrm:  5<br>Judge:  Honorable William B. Shubb |

Having considered Defendants-In-Interpleader ANNIE CASSIE and DAVID MARTIN's request for permission to telephonically attend the April 29, 2013 Status Conference, and good cause appearing therefore, the Court ORDERS as follows:

1. Defendants-In-Interpleader ANNIE CASSIE and DAVID MARTIN, is not required to personally attend the Scheduling Conference scheduled for **April 29, 2013** at 2:00 p.m. in the chambers of the Honorable William B. Shubb, located at 501 I Street, #4-200, Courtroom 5, Sacramento, California 95814.

[Proposed] Order
**Error! Unknown document property name.**

1      2.    Mr. Balestracci may telephonically appear at the April 29, 2013, Scheduling
2  Conference; and
3      3.    The Court will initiate the call to Mr. Balestracci on April 29, 2013 at 2:00 p.m. at the
4  following telephone number: (209) 948-8200.

6  DATED:  April 17, 2013

7                                                               _____
                                                             WILLIAM B. SHUBB
8                                                               UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[Proposed] Order
**Error! Unknown document property name.**