# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>     Plaintiff-in-Interpleader,<br><br>vs.<br><br>ANNIE CASSIE, an individual, DAVID MARTIN, an individual; PATRICK WILLIAMS, an individual; P.L. FRY & SON CHAPEL FUNERAL HOME; a business entity of unknown form; RYAN MARTIN; an individual; SHANDRIA BOGLE, an individual; P. B., a minor; Q.B.1.; a minor; Q.B.2., a minor; T.M., a minor; and DOES 1 through 10, inclusive,<br><br>     Defendants-in-Interpleader. | CASE NO.: 2:12-cv-01570-WBS GGH<br><br>**ORDER** ON AMENDED STIPULATION REGARDING DISTRIBUTION OF FUNDS AND DISMISSAL OF ACTION<br><br>[Filed concurrently with Amended Stipulation] |

c:\caed\ifolder\dshu2\inbox\signed\12cv1570 primerica - order upon amended stip re distribution of funds.docx

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO. 2:12-cv-01570-WBS GGH
[PROPOSED] ORDER

## **[PROPOSED] ORDER**

Having considered the parties' Amended Stipulation Regarding the Distribution of Funds and Dismissal of Action, and good cause appearing therefore, the Court **ORDERS** as follows:

1. That the Policy proceeds shall be distributed and made payable and sent as follows, subject to the terms and conditions below:

- Primerica Life Insurance Company.  A check in the amount of $4,370.67 should be made payable to "Primerica Life Insurance Company" and sent c/o Misty A. Murray, Esq., Barger & Wolen, LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071;
- P.L.Fry: A check in the amount of $11,218.62 should be made payable to "Carriage Funeral Services of California, Inc. " and sent c/o Douglas W. Dal Cielo, Esq./Brian M. Affrunti, Esq., Burke, Williams & Sorensen, LLP, 2440 West El Camino Real, Suite 620, Mountain View, California 94040-1499; and
- Law Office of Neumiller & Beardslee: A check in the amount of $5,750.00 should be made payable to "Neumiller and Beardslee, a Professional Corporation," and sent c/o Karen S. Bensch, Esq., 509 W. Weber Ave., 5th Floor Stockton, CA 95201-3020;
- Law Office of Felicia Morrison: A check in the amount of $2,166.67 should be made payable to "Felicia Morrison, Attorney at Law," and sent to 11 S. San Joaquin St., Suite 604 Stockton, California 95202;
- Patrick Williams: A check for the amount remaining after payment of

-2-

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO. 2:12-cv-01570-WBS GGH
[PROPOSED] ORDER

the fees and costs set forth immediately above should be made payable to "Patrick Williams" and sent to 363 Glenbriar Circle, Tracy, California 95377, who shall distribute the funds pursuant to the separate settlement agreement by and between the Defendants-in-Interpleader.

2. That inasmuch P.B., Q.B.1, Q.B.2, and T.M. are minors, R. Martin and Bogle, as their court-appointed temporary guardians, have obtained Court approval of the settlement (Dckt #69).

3. That Primerica and its agents, attorneys and assigns are discharged of all liability with respect to the Policy, out of which the above-referenced interpleader action arises;

4. That Primerica and its agents, attorneys and assigns are dismissed from this action with prejudice as to all claims relating to the Policy proceeds and the Policy issued to Decedent;

5. That Defendants-in-Interpleader and each of them, their agents, attorneys and assigns, are enjoined perpetually, restraining each of them, their agents, attorneys and assigns, from instituting any suit at law or equity, or action of any kind whatsoever against Primerica and its agents, attorneys and assigns, with respect to the Policy and/or the proceeds of the Policy; and

6. That this Stipulation may be executed in counterparts.

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

CASE NO. 2:12-cv-01570-WBS GGH
[PROPOSED] ORDER

1  **IT IS SO ORDERED.**

2

3  **Dated:  May 31, 2013**

4  _____
WILLIAM B. SHUBB
5  UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-4-

CASE NO. 2:12-cv-01570-WBS GGH
[PROPOSED] ORDER